976 A.2d 381

FREDERICK VOSS, PLAINTIFF, v. KRISTOFFE J. TRANQUILINO, ET AL., DEFENDANTS, AND TIFFANY'S RESTAURANT, DEFENDANT-MOVANT, AND JAIME A. TRANQUILINO, DEFENDANT.

July 2, 2009.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider on the merits.

976 A.2d 381

MATTHEW P. CARDIELLO, PLAINTIFF-MOVANT, v. PENNSYLVANIA GENERAL INSURANCE COMPANY, ET AL., DEFENDANTS-RESPONDENTS.

July 10, 2009.

ORDERED that the motion for leave to appeal is granted.

976 A.2d 381

HIGHLAND LAKES COUNTRY CLUB AND COMMUNITY ASSOCIATION, PLAINTIFF, AND FRANK W. NICASTRO, SR. AND LISA ANN NICASTRO, PLAINTIFFS-RESPONDENT, v. SUBURBAN CONSULTING ENGINEERS, INC., AND MARTIN SIKORSKI, P.L.S., THIRD-PARTY DEFENDANTS-MOVANTS.

July 20, 2009.

ORDERED that the motion for leave to appeal is granted.